

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

2022-2012 - Omega Patents, LLC v. BMW of North America, LLC

**NOTICE TO ADVISE OF SCHEDULING CONFLICTS OF ARGUING COUNSEL**

Briefing is completed in this case. Within seven days of this notice, arguing counsel must complete and file a Response to Notice to Advise of Scheduling Conflicts advising of any scheduling conflicts during the following upcoming court session months: **April, May, June, July, August, and September**. Non-arguing counsel should not advise of scheduling conflicts.

**Calendar of Sessions.** Arguing counsel should review the Calendar of Sessions on the court's website for the specific dates of each session. Arguing counsel should only advise of conflicts with scheduled court dates and not dates when the court is not scheduled to sit.

**Limitation on Conflicts.** To ensure the timely scheduling of argument in this case, arguing counsel is limited to identifying scheduling conflicts for only ten days during the above session months. Arguing counsel must also show good cause for each identified scheduling conflict. Conflicts without a sufficient showing of good cause will not be considered. Counsel is advised that the unavailability of a client or non-arguing counsel is an insufficient basis for showing good cause.

FOR THE COURT

January 26, 2023

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court
By: M. Ames, Deputy Clerk