# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## AMENDED RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 2022-2012

**Short Case Caption:** Omega Patents, LLC v. BMW of North America, LLC

| | |
|---|---|
| **Party Name(s)** | BMW of North America, LLC |
| **Name of Arguing Counsel** | Kara A. Specht |
| **Dates Unavailable** <br><br> List up to **ten dates** of unavailability within the specific sessions identified by the court in the Notice to Advise of Scheduling Conflicts in this case. <br><br> **Attach a statement showing good cause for each listed date.** Dates listed without a supporting statement will not be considered in scheduling argument. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34. | 04/03/2023 <br> 04/04/2023 <br> 04/05/2023 <br> 05/04/2023 <br> 05/05/2023 |
| **Potential Other Conflicts** <br><br> Please list other pending cases before this court in which above counsel intends to argue (regardless of case status). | Stragent, LLC v. BMW of North America, LLC, No. 2022-2062 (Fed. Cir.) |

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 02/28/2023              Signature: /s/ Kara A. Specht

                              Name: Kara A. Specht

**Appeal No. 2022-2012**

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

OMEGA PATENTS, LLC,
*Appellant*

v.

BMW OF NORTH AMERICA, LLC,
*Appellee*

APPEAL FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE, PATENT TRIAL AND APPEAL BOARD, IN NO. IPR2021-00181

# AMENDED STATEMENT OF KARA A. SPECHT REGARDING SCHEDULING CONFLICTS

1. I, Kara A. Specht, am a partner with Finnegan, Henderson, Farabow, Garrett, and Dunner LLP. I am of counsel for Appellee BMW of North America, LLC ("BMW") in this appeal and will be arguing for the appellee.

2. I have a conflict on April 3-5, 2023, during the Court's April session. I will be on a previously scheduled vacation.

3. I have a conflict on May 4 and 5, 2023, during the Court's May session. I will be on a previously scheduled family vacation.

4. I request that the Court not schedule oral argument in this appeal on those dates.

5. I am available for all of the remaining dates in the specific sessions listed in the Notice to Advise of Scheduling Conflicts in this case.

6. Under 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 28, 2023     /s/ Kara A. Specht
                                   Kara A. Specht