

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 15, 2023

**Re:    October 2023 Federal Circuit Sitting in Atlanta**

Dear Arguing Counsel,

Your case has been scheduled for oral argument during our court's October 2023 sitting in Georgia, which includes Atlanta and surrounding locations. This letter provides relevant information concerning your appearance before our court.

Ahead of your argument, please be sure to review the Notice of Oral Argument entered in your appeal on August 21, 2023, for location information. That morning, you will be expected to arrive at the argument location no later than 9:30 a.m. (Eastern) and check in with the courtroom deputy directly in the courtroom. Please note that you will be required to arrange your own travel to the argument location and parking, and that a delay to your arrival may result in the court not hearing your argument or other adverse action. Standard rules of decorum and other argument regulations will apply; the court's [Revised Protocols for In-Person Arguments](#) will also apply to the Georgia hearings.

The court will not be providing live audio broadcast of the Georgia arguments; however, audio recordings will continue to be posted on the court's website for all arguments. Questions concerning logistics of the Georgia arguments should be directed to the Federal Circuit Clerk's Office at (202) 275-8035. Emergency-related notifications to the Clerk's Office ahead of your argument should be directed to (202) 275-8049.

Respectfully,

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court